FILED
2024 JUL 18 AM 11:16
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
JOEY L. BLANCH, Assistant United States Attorney (#16665)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: joey.blanch2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. DANIEL WADDINGTON, **Defendant.** | **INFORMATION** COUNT 1: 18 U.S.C. §§ 2252A(a)(2), (b)(1) Receipt of Child Pornography COUNT 2: 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) (Possession/ Attempted Possession of Child Pornography) Case No. 2:24-cr-00245-HCN |

The United States Attorney charges:

### COUNT 1
### 18 U.S.C. §§ 2252A(a)(2), (b)(1)
### (Receipt of Child Pornography)

Between on a date unknown and continuing to on or about July 12, 2023, in the District of Utah,

DANIEL WADDINGTON,

defendant herein, knowingly received child pornography and material that contains child pornography, using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B).

## COUNT 2
### 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)
### (Possession/Attempted Possession of Child Pornography)

On or about July 11, 2023, in the District of Utah,

DANIEL WADDINGTON,

defendant herein, knowingly possessed and attempted to possess material that contained an image of child pornography that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(2).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 22253, upon conviction of any offense violating 18 U.S.C. § 2252A, the defendant shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly

or indirectly, as a result of such violation.

The property to be forfeited includes, but is not limited to, the following property seized from Daniel Waddington on or about July 12, 2023:

- Samsung Galaxy S series cellphone
- HP Laptop
- USB Thumb drive

                                  TRINA A. HIGGINS
                                  United States Attorney

*/s/ Joey L. Blanch*
JOEY L. BLANCH
Assistant United States Attorney